DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAVENIA VICTOR,**
Appellant,

v.

**NIVILA HOLDING LLC,**
Appellee.

No. 4D20-1891

[January 6, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502019CA009362.

Lavenia Victor, North Palm Beach, pro se.

Alterraon Phillips of APLaw, LLC, Royal Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

LEVINE, C.J., CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***